✓#120  #128216

FILED
2010 JAN 12 PM 2:37

CLERK U S
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF OHIO

In re: MYERS, SHAWNA A        )     Case No. 08-31214

                                                  )     Chapter 7

                  Debtor(s).    )     Judge: MARY ANN WHIPPLE

## TRANSMITTAL OF UNCLAIMED FUNDS

John N. Graham, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such un-negotiated checks were issued, the amount of such check and their last known addresses are:

    #119  American Credit Solutions, PO Box 117,
    Pickerington, OH 43147                                   $86.12

2. Your Trustee's check for $86.12 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

Date: 1/6/2010

                                               John N. Graham, Trustee

Cc:  United States Trustee